UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NEW HAMPSHIRE<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:23-cv-00282-JL<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiff ACLU Foundation of New Hampshire hereby stipulates to the voluntary dismissal of its Amended Complaint (ECF No. 6) without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| DATED: January 26, 2024 | DATED: January 26, 2024 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NEW HAMPSHIRE | JANE E. YOUNG<br>United States Attorney |
| By: */s/ Gilles Bissonnette*<br>Gilles R. Bissonnette (NH Bar No. 265393)<br>SangYeob Kim (NH Bar No. 266657)<br>Henry R. Klementowicz (NH Bar No. 21177)<br>American Civil Liberties Union<br>Foundation of New Hampshire<br>18 Low Avenue<br>Concord, NH  03301<br>(603) 333-2081<br>gilles@aclu-nh.org<br>sangyeob@aclu-nh.org<br>henry@aclu-nh.org | By: */s/ Michael McCormack*<br>Michael McCormack<br>Assistant U.S. Attorney, NH Bar No. 16470<br>United States Attorney's Office<br>53 Pleasant Street<br>Concord, NH  03301<br>(603) 225-1552<br>michael.mccormack2@usdoj.gov |